■ HERBERT NIEBURGS v TAMARA NIEBURGS.—Motion for reargument granted and, upon reargument, the order appealed from is stayed pending hearing and determination of the appeal upon the terms and conditions contained in the order of this court. Concur—Murphy, P. J., Lupiano, Birns and Capozzoli, JJ.